UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-CV-80510-MIDDLEBROOKS/BRANNON

J. HENRY KREMERS,

      Plaintiff,

vs.

JOSEPH GLENN COMMODITIES, LLC,
and ANTHONY J. PULIERI,

      Defendants.
_____/

## FINAL JUDGMENT

In accordance with this Court's Order (DE ___ ) granting Plaintiff's Motion for Sanctions and Entry of Default Final Judgment (DE 35), it is hereby

**ORDERED AND ADJUDGED** that Final Judgment be and the same is hereby **ENTERED** in favor of Plaintiff J. Henry Kremers and against Defendants Joseph Glenn Commodities, LLC and Anthony J. Pulieri. Defendants are jointly and severally liable to Plaintiff in the amount of **$149,036.47**, constituting $109,898.47 in liquidated damages and interest at the statutory rate, $38,653.00 in reasonable attorneys' fees, and $485.00 in taxed costs, and Plaintiff may collect the same from Defendants.

It is further **ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** at Chambers in West Palm Beach, Florida this 26 day of February, 2013.

                                                                  DONALD M. MIDDLEBROOKS
                                                                  UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record
                    Joseph Glenn Commodities, LLC
                    c/o Scott Newcom
                    3313 Sunset Key Blvd., #706
                    Punta Gorda, FL 33955

                    Anthony Pulieri
                    3477 Corporate Parkway
                    Center Valley, PA 18034